UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

EMILE PIERCE (# 131248)

VERSUS

SHERYL RANATZA, ET AL.

CIVIL ACTION

NO. 15-0590-JWD-EWD

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated May 16, 2018, to which no objection was filed;

**IT IS ORDERED** that Plaintiff's action is dismissed, with prejudice, as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, without prejudice to any right Plaintiff may have to pursue federal habeas corpus relief upon denial of a motion to correct an illegal sentence in the state court and upon the exhaustion of state court remedies.[1]

Signed in Baton Rouge, Louisiana, on June 1, 2018.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Plaintiff is advised that 28 U.S.C. § 1915(g) provides that, "[i]n no event shall a prisoner bring a civil actionJune 1, 2018 or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."